UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:12-00055 |
| | ) | JUDGE CAMPBELL |
| JAMES BENJAMIN LEE | ) | |

ORDER

Pending before the Court is James Benjamin Lee's Motion for Leave to File Pretrial Motions Instanter (Docket No. 26). The Motion is GRANTED.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE