IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3-12-00055 |
| v. ) | |
| ) | |
| JAMES BENJAMIN LEE ) | |

O R D E R

The defendant's motion requesting permission to change residence (Docket Entry No. 55) is GRANTED.[1]

The defendant is granted permission nunc pro tunc to reside at the McEwen address listed in the motion for the period of time between July 24, 2012, and December 15, 2012. The defendant is further permitted to live at the Camden address listed in the motion beginning December 15, 2012.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge

---

[1] Although not specifically included in this motion, defendant's counsel has advised that neither the government nor Pretrial Services has any objection to the motion.