UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-00055 |
| ) | JUDGE CAMPBELL |
| TIMOTHY WAYNE HEDGE and ) | |
| JAMES BENJAMIN LEE ) | |

## ORDER

On April 1, 2013, the jury was unable to reach a verdict and the Court declared a mistrial on Defendant Hedge's motion. The case is rescheduled for a jury trial on May 7, 2013, at 9:00 a.m. A pretrial conference is scheduled for May 6, 2013, at 10:30 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE